# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUN KONETSCO, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 19-cv-5095 |
| : | |
| LANCASTER COUNTY – BUREAU : | |
| OF COLLECTIONS, : | |
|     Defendant. : | |

## O R D E R

**AND NOW**, this 25th day of November, 2019, upon consideration of Plaintiff Shaun Konetsco's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed in forma pauperis is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's Memorandum.

4. Shaun Konetsco is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can cure the defects noted in the Court's Memorandum. If Shaun Konetsco seeks to proceed with this case, he shall submit an amended complaint that sets forth his claims and the factual allegations in support thereof, making clear that the allegations are being made by Shaun Konetsco, himself, and not another individual. He must also personally sign the amended complaint.

5. Upon the filing of an amended complaint, the Clerk of Court shall not issue summonses until so **ORDERED**.

6. If Shaun Konetsco fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.
United States District Judge**