# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

SHAUN KONETSCO,    :
  Plaintiff,      :
            :
 v.          :   No. 19-cv-5095
            :
LANCASTER COUNTY – BUREAU :
OF COLLECTIONS,    :
  Defendant.     :

## O R D E R

**AND NOW**, this 7th day of October, 2020, upon consideration of Plaintiff Shaun Konetsco's *pro se* Amended Complaint (ECF No. 18), it is **ORDERED** that:

1. The Court's May 13, 2020 Order (ECF No. 17) is **VACATED in its entirety**.

2. The Clerk of Court is **DIRECTED** to **REOPEN** this case.

3. The Amended Complaint is **DEEMED** filed.

4. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

       **BY THE COURT:**


       */s/ Joseph F. Leeson, Jr.*
       **JOSEPH F. LEESON, JR.**
       **United States District Judge**